DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

In the Interest of N.E.J., a minor child.

S.J.,

Appellant,

v.

DEPARTMENT OF CHILDREN AND FAMILIES
and GUARDIAN AD LITEM PROGRAM,

Appellees.

No. 2D23-2277

_____

February 21, 2024

Appeal from the Circuit Court for Hillsborough County; Emily A.
Peacock, Judge.

Thomas J. Butler of Thomas Butler, P.A., Miami Beach; and Clay W.
Oberhausen of Office of Criminal Conflict & Civil Regional Counsel,
Sarasota, for Appellant.

Mary Soorus, Appellate Counsel, Children's Legal Services, Tampa, for
Appellee Department of Children and Families.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, Tallahassee;
Laura J. Lee, Assistant Director of Appeals, Tallahassee; and Stephanie
E. Novenario, Senior Attorney, Appellate Division of Statewide Guardian
ad Litem Office, Tallahassee (substituted as counsel of record), and Beth
Kathryn Roland of Family First Firm, Statewide Guardian ad Litem

Office, Defending Best Interests Project, Winter Park, for Appellee Guardian ad Litem Program.

PER CURIAM.

Affirmed.

NORTHCUTT, VILLANTI, and KHOUZAM, JJ., Concur.

_____

Opinion subject to revision prior to official publication.